820 A.2d 1236

IN THE MATTER OF RAYMOND N. TORRES, JR., AN
ATTORNEY AT LAW (ATTORNEY NO. 029251986).

May 7, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–360, concluding that **RAYMOND N. TORRES, JR.,** of **WEST ORANGE,** who was admitted to the bar of this State in 1986, should be reprimanded for violating *RPC* 1.1(a) and (b) (gross neglect and pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), *RPC* 1.8(a) (improper business transaction with client), *RPC* 1.15(a) (commingling trust and personal funds), *RPC* 1.15(b) (failure to pay over sums to third parties promptly), *RPC* 1.15(d) (record-keeping violations), and *Rule* 1:21–6 (recordkeeping requirements);

And the Disciplinary Review Board further having concluded that respondent should be required to practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of one year and to submit quarterly reconciliations of his attorney trust accounts to the Office of Attorney Ethics for a period of two years;

And good cause appearing;

It is ORDERED that **RAYMOND N. TORRES, JR.,** is hereby reprimanded; and it is further

ORDERED that **RAYMOND N. TORRES, JR.,** shall practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of one year, and until the further Order of the Court; and it is further

ORDERED that **RAYMOND N. TORRES, JR.,** shall submit to the Office of Attorney Ethics quarterly reconciliations of his attorney trust accounts prepared by a certified public accountant

approved by the Office of Attorney Ethics, for a period of two years and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.